<pre>
1
2
3
4
5
6
7
</pre>

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| SANTIAGO MORALES, | ) Case No.: 1:20-cv-01160 JLT |
|---|---|
| Plaintiff, | ) ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |
| v. | |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF, SANTIAGO MORALES, AND AGAINST DEFENDANT, ANDREW SAUL, COMMISSIONER OF SOCIAL SECURITY |
| Defendant. | |

On May 27, 2021, the parties stipulated to a voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 15.) Pursuant to the terms of the stipulation, an ALJ shall issue a new decision. (*Id.* at 1.) Further, the parties stipulated that judgment shall be entered in favor of Plaintiff. (*Id.* at 2.) Based upon the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g); and
2. The Clerk of Court is DIRECTED to enter judgment in favor of Plaintiff Santiago Morales, and against Defendant Andrew Saul, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **May 27, 2021**  _____ **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE