**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SANTIAGO MORALES,<br><br>        Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:20-cv-1160 JLT<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d)<br><br>(Doc. 18) |

On August 24, 2021, Santiago Morales and Kilolo Kijakazi, Acting Commissioner of Social Security, stipulated for the award of attorney's fees and expenses in the amount of $1,957.91 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18)  Accordingly, the Court **ORDERS:** Subject to the terms of the stipulation, Plaintiff is **AWARDED** fees and expenses in the amount of $1,957.91 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

    Dated:  **August 24, 2021**                   /s/ Jennifer L. Thurston
                                                          CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This action was originally filed against Andrew Saul in his capacity as the Commissioner of Social Security. (*See* Doc. 1 at 1.) The Court has substituted Kilolo Kijakazi, who has since been appointed the Acting Commissioner of Social Security, as the defendant. *See* Fed. R. Civ. P. 25(d).